# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chappell, Sheri P. | U.S. Dist. Ct. Middle Dist. FL. | 06/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | [✓] Nomination    Date 06/25/2012 <br> [ ] Initial    [ ] Annual    [ ] Final <br><br> 5b. [ ] Amended Report | 01/01/2011 <br> to <br> 06/13/2012 |

**7. Chambers or Office Address**

US Courthouse & Federal Bldg.
2110 First Street
Fort Myers, FL 33901

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | State of Florida Pension - Pension Upon Retirement Age |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chappell, Sheri P. | 06/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | *(yours, not spouse's)* |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Lehigh Regional Medical Center - Salary/Materials Management Director |
| 2. | 2012 | Bishop Verot Catholic High School - Coach and Groundskeeper Stipend |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chappell, Sheri P. | 06/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chappell, Sheri P. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Bank of America (Cash Checking) (Money Market Savings) | A | Interest | L | T | Exempt | | | | |
| 2. | Vanguard Institutional Index Fund | | None | J | T | | | | | |
| 3. | Bank of America - (IRA)(Money Market) | A | Interest | K | T | | | | | |
| 4. | Morgan Stanley Institutional Fund Growth Portfolio | | None | K | T | | | | | |
| 5. | Prudential Guaranteed Income Fund | | None | J | T | | | | | |
| 6. | Prudential Core Bond Enhanced Index Fund | | None | J | T | | | | | |
| 7. | LSV Large Cap Value Fund | | None | J | T | | | | | |
| 8. | Boston Company Small Cap Value Fund | | None | J | T | | | | | |
| 9. | Times Square Small Cap Growth Fund | | None | J | T | | | | | |
| 10. | AQR International Blend Fund | | None | J | T | | | | | |
| 11. | Health Management Association Stock | | None | J | T | | | | | |
| 12. | JP Morgan Large Cap Growth Fund | | None | J | T | | | | | |
| 13. | Florida Prepaid College Fund | | None | K | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Chappell, Sheri P. | 06/28/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In previous Reports, I listed my ownership in the Turner Large Cap Growth Fund in Part VII. I no longer own that Fund, as it was rolled into the JP Morgan Large Cap Growth Fund (Part VII, Line 12) during the reporting period. Also, that Fund did not earn any income during the reporting period.

# FINANCIAL DISCLOSURE REPORT

Page 6 of 6

Name of Person Reporting

Chappell, Sheri P.

Date of Report

06/25/2012

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Sheri P. Chappell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 97 | 541 | Notes payable to banks-secured | | |
| U.S. Government securities | | | Notes payable to banks-unsecured | | |
| Listed securities – see schedule | 68 | 138 | Notes payable to relatives | | |
| Unlisted securities | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable – personal residence | 125 | 061 |
| Real estate owned – personal residence | 230 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 47 | 500 | | | |
| Cash value-life insurance | | | | | |
| Other assets-itemize: | | | | | |
| Thrift Savings Plan | 238 | 235 | | | |
| Bank of America Money Market IRAs | 19 | 734 | | | |
| | | | Total liabilities | 125 | 061 |
| | | | Net Worth | 576 | 087 |
| Total Assets | 701 | 148 | Total liabilities and net worth | 701 | 148 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |